JOSEPH C. GRASSI, ESQUIRE
AARON T. PENROD, ESQUIRE
BARRY, CORRADO & GRASSI, P.C.
2700 Pacific Avenue
Wildwood, NJ 08260
(P)(609) 729-1333 (F)(609) 522-4927
jgrassi@capelegal.com
apenrod@capelegal.com
JCG 7213
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AHMED MOHAMED ABOUDEKIKA,<br><br>    Plaintiff,<br><br>vs.<br><br>DELAWARE RIVER AND BAY AUTHORITY; JAMES GILLESPIE; and JOHN DOES 1-10(as yet unknown and unidentified municipal, county or state officials, supervisors, agents or employees or entities),<br><br>    Defendants. | **CASE NUMBER: 10-cv-5830 (RMB/AMD)**<br><br>CIVIL ACTION<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF, AHMED ABOUDEKIKA** |

To:  William F. Cook, Esquire
      Brown & Connery, LLP
      360 Haddon Avenue
      PO Box 539
      Westmont, NJ 08108
      Attorney(s) for defendants DRBA and James Gillespie

    PLEASE TAKE NOTICE that on July 16, 2012, the undersigned attorney for Plaintiff, Ahmed Aboudekika, shall bring a motion before this court, at the Mitchell H. Cohen United States Court House, 1 John F. Gerry Plaza, Camden, New Jersey, for an Order to withdraw as counsel for plaintiff in this matter.

Plaintiff will rely on the attached letter brief.
A proposed form of order is also enclosed.

BARRY, CORRADO & GRASSI, P.C.

Date: 07-5-12

_____
Aaron T. Penrod, Esquire
Attorneys for Plaintiff Ahmed Aboudekika