

BARRY • CORRADO & GRASSI, PC

ATTORNEYS AT LAW

2700 Pacific Avenue
Wildwood, New Jersey 08260
609 729 1333
Fax 609 522 4927
www.capelegal.com

Stephen W. Barry*
Frank L. Corrado
Joseph C. Grassi*♦
Suzanne Pasley
Aaron T. Penrod♦

*Certified Civil Trial Attorney
•Certified Criminal Trial Attorney
♦Admitted to practice in New Jersey and District of Columbia

July 5, 2012

The Honorable Ann Marie Donio, USMJ
United States District Court,
District of New Jersey Camden
Mitchell H. Cohen Federal Courthouse, Room 2010
1 John F. Gerry Plz., Fourth & Cooper Sts.,
Camden, NJ 08101

    Re:  Aboudekika v. Delaware River and Bay Authority, et al.
         Case Number: 10-cv-5830
         Motion for Withdrawal of Appearance Pursuant
         to Civ. Rule. 102.1

Your Honor:

    Please accept this letter brief in lieu of a more formal brief. Pursuant to Local Civ. Rule 102.1, plaintiff's counsel seeks leave of court to grant its withdrawal from representing the plaintiff in the above-captioned matter.

### Procedural History

    This case was filed as a five-count complaint in the Superior Court of New Jersey, Cape May County, on October 15, 2010. See Exhibit A. The case was removed on November 9, 2010. See Exhibit B. On February 22, 2011, plaintiff filed a notice of motion to amend the complaint to include seven counts. See Exhibit C. On July 26, 2011, this Court issued an order partially granting, partially dismissing, and reserving for further briefing outstanding disputes defendants' motion for summary judgment. See Exhibit D. Those disputes were decided on the Court's Memorandum order dated October 25, 2011. See Exhibit E. The Court allowed only two of the plaintiff's seven-count amended complaint to stand. The Court's first Scheduling Order for discovery was conducted and ordered on December 14, 2011. See Exhibit F. Parties have had only one status conference regarding case progression, held on May 30, 2012. See Exhibit G. Paper discovery has yet to be concluded.

The Honorable Ann Marie Donio, USMJ
July 3, 2012
Page 2

### Legal Argument

Local Civ. Rule 102.1 states the following:
> Unless other counsel is substituted, no attorney may withdraw an appearance except by leave of Court. After a case has been first set for trial, substitution and withdrawal shall not be permitted except by leave of Court.

In this case, no trial date has been set. The parties are in the midst of discovery. Defendants deposed the plaintiff on June 25, 2012. Plaintiff has yet to depose the defendants. This stage of litigation represents the early to middle portion of discovery. It is at this time that plaintiff's counsel is asking to be withdrawn from the case without another attorney to substitute.

Plaintiff's counsel must maintain a duty of confidentiality while indicating that recent developments in his representation of plaintiff create an irreparable incompatibility and conflict between counsel and client. Plaintiff's counsel cannot adequately continue representation and seeks the court's permission to withdraw as counsel.

Thank you for your time and attention in this matter.

Respectfully submitted,

BARRY, CORRADO & GRASSI, P.C.

AARON T. PENROD

cc: William Cook, Esquire – via electronic delivery
    The Honorable Renee Marie Bumb, U.S.D.J.
    Client